ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ALPHONSO MOORE, | Case No. CV 09-01980 SJO (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| J. L. NORWOOD, WARDEN, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the pending petition is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated: April 24, 2009

S. James Otero
———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY